No. 85–5262.   NEWBY ET AL. *v.* DEPARTMENT OF LABOR.   C. A. Fed. Cir.   Motion of petitioners for leave to proceed *in*

*forma pauperis* denied. Petitioners are allowed until November 5, 1985, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.